AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

STROME MEZZANINE FUND II, L.P.

*Plaintiff(s)*

v.

RACHEL ALEXANDRA SCHEER and SCHEER HEART FOUNDATION, INC.

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rachel Alexandra Scheer
305 Second Avenue
Apartment 344
New York, New York, 10003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William P. Deni, Jr.
GIBBONS P.C.
One Pennsylvania Plaza
Floor 45, Suite 4515
New York, New York 10119
(212) 613-2000; wdeni@gibbonslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/16/2024

/S/ V. BRAHIMI

*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ________________
was received by me on *(date)* ________________ .

❒ I personally served the summons on the individual at *(place)* ________________
________________ on *(date)* ________________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________________
________________ , a person of suitable age and discretion who resides there,
on *(date)* ________________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ________________
________________ on *(date)* ________________ ; or

❒ I returned the summons unexecuted because ________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ________________

________________
*Server's signature*

________________
*Printed name and title*

________________
*Server's address*

Additional information regarding attempted service, etc:

Attorney:
GIBBONS, PC
WILLIAM P. DENI, JR., ESQ
1 PENNSYLVANIA PLAZA, 37TH FLOOR NEW YORK, NY
10119

739732

Index / case #: 1:24-CV-07826

# AFFIDAVIT OF SERVICE

STROME MEZZANINE FUND II, L.P

*Plaintiff*

*VS*

RACHEL ALEXANDRA SCHEER, ET AL

*Defendant*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:
**Majd Hussein**, being sworn says: Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.
On **10/17/24**, at **5:32 PM** at: **305 SECOND AVENUE, APARTMENT 344 , NEW YORK, NY 10003**
Deponent served the within **SUMMONS & COMPLAINT; EXHIBITS; CIVIL COVER SHEET; RULE 7.1 STATEMENT; INDIVIDUAL RULES OF JUDGE DALE E. HO; INDIVIDUAL PRACTICES IN CIVIL CASES ONA T. WANG, UNITED STATES MAGISTRATE JUDGE**
On which were set forth the Index No., herein, and date of filing
On: **RACHEL ALEXANDRA SCHEER,**
(herein after called the recipient) therein named.

☐ **INDIVIDUAL** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☒ **SUITABLE AGE PERSON** — By delivering thereat a true copy of each to John Doe- Refused Name (Doorman) a person of suitable age and discretion. Said premises is recipient's: [] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **AFFIXING TO DOOR** — By affixing a true copy of each to the door of said premises which is recipients [] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having visited there

☐ **Corporation or Partnership** — By delivering thereat a true copy of each to personally. Deponent knew said corporation/partnership so served to be the corporation/partnership described in said aforementioned document as said recipient and knew said individual to be

☒ **MAILING** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipients last known [] Actual Place of Residence [] Actual Place of Business at 305 SECOND AVENUE, APARTMENT 344 , NEW YORK, NY 10003 and deposited the envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **DESCRIPTION** — Sex: Male | Color of skin: Brown | Color of hair: Bald | Glasses:
Age: 51 - 59 Yrs | Height: 5' 9" - 6' 0" | Weight: 201-230 Lbs.
Other Identifying Features:

☒ **MILITARY SERVICE** — I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **Subpoena Fee Tendered in the amount of**

☒ Doorman denied access after receiving confirmation

Sworn to before me on 10/18/24
MUATAZ AHMAD
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01AH0002218
QUALIFIED IN RICHMOND COUNTY
MY COMMISSION EXPIRES 03/03/2027

Majd Hussein
2090551-DCA
Unified Judicial Services, LLC 9726 3RD AVENUE SUITE 120 BROOKLYN NY 11209 - DCA License #2100829

File No: 1:24-CV-07826

**Work Order No. 739732**

9728 3rd Ave Suite 120
Brooklyn, NY 11209

FIRST-CLASS
US POSTAGE PITNEY BOWES
ZIP 07631
02 7H
0006143134
$ 002.59⁰
OCT 18 2024

RACHEL ALEXANDRA SCHEER
305 2ND AVENUE, APARTMENT 344
NEW YORK, NY 10003

PERSONAL AN
CONFIDENTIA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

STROME MEZZANINE FUND II, L.P.

*Plaintiff(s)*

v.

RACHEL ALEXANDRA SCHEER and SCHEER HEART FOUNDATION, INC.

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rachel Alexandra Scheer
305 Second Avenue
Apartment 344
New York, New York, 10003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William P. Deni, Jr.
GIBBONS P.C.
One Pennsylvania Plaza
Floor 45, Suite 4515
New York, New York 10119
(212) 613-2000; wdeni@gibbonslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/16/2024

/S/ V. BRAHIMI

*Signature of Clerk or Deputy Clerk*