UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STROME MEZZANINE FUND II, L.P., <br><br> Plaintiff, <br><br> v. <br><br> SCHEER ET AL., <br><br> Defendants. | 24-CV-7826 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

On October 15, 2024, Plaintiff filed its Complaint. ECF No. 1. On October 23, 2024, Plaintiff filed proof of service as to Defendant Rachel Alexandra Scheer. ECF No. 11. On October 28, 2024, Plaintiff filed proof of service as to Defendant Scheer Heart Foundation, Inc. ECF No. 14. To date, Defendants have not appeared.

It is hereby ORDERED that Plaintiff shall file a letter on ECF by December 11, 2024, describing any communication it has had with Defendants and describing its efforts to provide Defendants with actual notice of this lawsuit.

Dated: December 4, 2024
       New York, New York

_____
DALE E. HO
United States District Judge