GIBBONS

William P. Deni, Jr.
Director

Gibbons P.C.
One Pennsylvania Plaza
45th Floor, Suite 4515
New York, NY 10119
Direct: 212-613-2000 Fax: +1 212-290-2018
wdeni@gibbonslaw.com

December 11, 2024

**VIA CM/ECF**
The Honorable Dale E. Ho
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

**Re: Strome Mezzanine Fund II, LP v. Rachel Alexandra Scheer, et al.**
**Civil Action No. 24-07826 (DEH) (OTW)**

Dear Judge Ho:

Plaintiff Strome Mezzanine Fund II, L.P., submits this correspondence in response to the Court's December 4, 2024 Order, which directs Plaintiff to "describ[e] any communication it has had with Defendants" and to "describ[e] its efforts to provide Defendants with actual notice of this lawsuit." (ECF No. 21.) Plaintiff also writes to ask the Court for leave, under Fed. R. Civ. P. 15(a)(2), to file and serve an amended complaint on Defendants.

**NOTICE OF LAWSUIT**

Plaintiff emailed Defendant Rachel Alexandra Scheer – Founder, Chief Executive Officer, and Director of Defendant Scheer Heart Foundation, Inc. – on September 30, 2024, to notify her that if she did not explain her failure to pay the outstanding indebtedness to Plaintiff within seven (7) days, then Plaintiff would institute this litigation. (*See* ECF No. 1-3.) Ms. Scheer never responded to that email. Thus, on October 15, 2024, Plaintiff commenced the present action (*see* ECF No. 1) seeking repayment of monies owed and proceeded to serve Ms. Scheer and the Scheer Heart Foundation in accordance with Fed. R. Civ. P. 4.

On October 17, 2024, Plaintiff served the summons and Complaint via a process server on Ms. Scheer by personally delivering it to her dwelling in New York and leaving it with a person of suitable age and discretion, her doorman, who refused access to Ms. Scheer's apartment but confirmed that it was her residence. ( *See* ECF No. 11 at 3.) Plaintiff also mailed the summons and Complaint to Ms. Scheer that same day. (*Id.* at 4.)

On October 25, 2024, Plaintiff served the summons and Complaint via a process server on the Scheer Heart Foundation by personally serving its Registered Agent, Harvard Business Services, Inc., in Delaware. (*See* ECF No. 14 at 3.)

And when Plaintiff applied for Certificates of Default on November 26, 2024, Plaintiff mailed via Federal Express the applications to Ms. Scheer's dwelling in New York and to the Scheer Heart Foundation's Registered Agent in Delaware and received confirmations of delivery.

To date, neither Defendant has appeared in this action and neither Defendant (nor any attorney on their behalf) has contacted counsel for Plaintiff.

**LEAVE TO AMEND**

As counsel for Plaintiff was preparing its motion for default judgment against both Defendants, we became aware that the version of the Promissory Note attached to the Complaint (*see* ECF No. 1-1) was superseded by a later executed version of the Promissory Note that establishes a different rate of contractual interest between the parties. As such, Plaintiff respectfully submits that it is appropriate to file an amended complaint to attach the operative version of the Promissory Note and to correct the contractual rate of interest pled in the complaint. *See* Fed. R. Civ. P. 15(a)(2) (the court "should freely give leave [to amend] when justice so requires"). This would be Plaintiff's first amendment and would not prejudice Defendants who have failed to appear or to respond to the Complaint. If the Court grants this request, Plaintiff proposes to file the amended complaint within five (5) days and to proceed to serve the amendment on Defendants in accordance with Fed. R. Civ. P. 4. If the Court would prefer Plaintiff to proceed in a different manner, counsel for Plaintiff is available at the Court's request.

We thank Your Honor for your attention to this matter.

Respectfully submitted,

*s/William P. Deni, Jr.*

William P. Deni, Jr.