**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STROME MEZZANINE FUND II, L.P.,

Plaintiff,

-v-

SCHEER, *et al*.,

Defendants.

Case No. 24-cv-07826(DEH)(OTW)

**NOTICE OF APPEARANCE**

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, of the law firm of Izower Lefton LLP, is hereby entering an appearance as counsel of record for Defendants Rachel Alexandra Scheer and the Scheer Heart Foundation, Inc. in the above-captioned action for the limited purposes of resolving the matter through settlement and, if necessary, motion practice in connection with a motion to set aside the default certificate. I hereby certify I am admitted to practice before this Court.

Dated: April 9, 2025

By: /s/Rachel Izower-Fadde

Rachel Izower-Fadde (RI0050)
IZOWER LEFTON LLP
1325 Franklin Avenue, Ste. 255
Garden City, NY 11530
Tel: (646) 448-9011
Fax: (646) 304-7071
rizower@izowerlefton.com

*Counsel for Defendants*