GIBBONS

William P. Deni, Jr.
Director

Gibbons P.C.
One Pennsylvania Plaza
45th Floor, Suite 4515
New York, NY 10119
Direct: 212-613-2000 Fax: +1 212-290-2018
wdeni@gibbonslaw.com

April 9, 2025

**VIA CM/ECF**
The Honorable Dale E. Ho
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

**Re: Strome Mezzanine Fund II, LP v. Rachel Alexandra Scheer, et al.**
**Civil Action No. 24-07826 (DEH) (OTW)**

Dear Judge Ho:

Plaintiff Strome Mezzanine Fund II, L.P., submits this correspondence in response to the Court's April 4, 2025 Order, which directs Plaintiff to file proof of service of the Order on Defendants within three business days and to move for default judgment within two (2) weeks, or by April 18, 2025. (ECF No. 50.)

As evidenced by Exhibit A, counsel for Plaintiff served Your Honor's Order via email on Rachel Izower, Esq., who contacted counsel for Plaintiff shortly after default was entered against Defendants Rachel Alexandra Scheer and the Scheer Heart Foundation, Inc., on March 21, 2025, and has indicated that she is now representing both Defendants for the limited purposes of settlement and, if necessary, a motion to set aside the default.

Counsel have discussed the potential for a resolution to this matter, and respectfully ask Your Honor's permission to file a written update with the Court on or before April 17, 2025, as to the status of the parties' discussions. Considering these discussions, Plaintiff also respectfully requests that the deadline for briefing a motion for default judgment and any other motion practice be extended and scheduled by the Court, if necessary, following the parties' April 17, 2025 update.

We thank Your Honor for your attention to this matter. Should you have any questions or concerns, please do not hesitate to contact us.

Respectfully submitted,

*s/William P. Deni, Jr.*

William P. Deni, Jr.