**Gergi, Bassam F.**

| | |
|---|---|
| **From:** | Gergi, Bassam F. |
| **Sent:** | Tuesday, April 8, 2025 11:03 AM |
| **To:** | Rachel Izower-Fadde |
| **Cc:** | Deni, Jr., William P. |
| **Subject:** | FW: Activity in Case 1:24-cv-07826-DEH-OTW Strome Mezzanine Fund II, L.P. v. Scheer et al Order |

Rachel,

It is my understanding from our communications that you are now representing Defendants Rachel Scheer and the Scheer Heart Foundation, Inc., in the above-captioned matter. Please see below the text order from the Court. If I should serve the text order directly on Defendants, please let me know.

Best,
Bassam

**BASSAM F. GERGI** | Associate
Business & Commercial Litigation Group
**t:** 973-596-4434 | **c:** 862-373-2313 | **f:** 973-639-6272
bgergi@gibbonslaw.com | bio

**Gibbons P.C.** | One Gateway Center | Newark, NJ 07102-5310
**m:** 973-596-4500 | **f:** 973-596-0545 | office | map

GIBBONS

gibbonslaw.com | gibbonslawalert.com

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Friday, April 4, 2025 4:09 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:24-cv-07826-DEH-OTW Strome Mezzanine Fund II, L.P. v. Scheer et al Order

**External Email:** Use caution with links and attachments.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.**

**U.S. District Court**

**Southern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 4/4/2025 at 4:09 PM EDT and filed on 4/4/2025
**Case Name:** Strome Mezzanine Fund II, L.P. v. Scheer et al

**Case Number:** 1:24-cv-07826-DEH-OTW
**Filer:**
**Document Number:** 50

**Docket Text:**
**ORDER: Defendants in this action appear to be in default. Plaintiff shall file any motion for default judgment, in accordance with the Court's Individual Practices in Civil Cases (available at https://nysd.uscourts.gov/hon-dale-e-ho), within two weeks of the date of this Order. Plaintiff shall concurrently submit a letter describing its efforts to provide Defendants with actual notice of this lawsuit. If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at HoNYSDChambers@nysd.uscourts.gov. If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing. If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties. Plaintiff shall electronically serve a copy of this Order on Defendants within two business days from the date of this Order and shall file proof of such service within three business days of the date of this Order. SO ORDERED. (Signed by Judge Dale E. Ho on 4/4/2025) (ks)**

**1:24-cv-07826-DEH-OTW Notice has been electronically mailed to:**

William Paul Deni, Jr wdeni@gibbonslaw.com, bgergi@gibbonslaw.com, ireibarkh@gibbonslaw.com, mbrech@gibbonslaw.com

**1:24-cv-07826-DEH-OTW Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=4/4/2025] [FileNumber=32818487-0
] [b221426d9beff7b8496634660917db132d39c39404e6433a482c06c685c2d9b1dba
1bb18c478a508282f14d72a45772d27d32a3781a8f71c83c5f56a415cacfa]]