GIBBONS

William P. Deni, Jr.
Director

Gibbons P.C.
One Pennsylvania Plaza
45th Floor, Suite 4515
New York, NY 10119
Direct: 212-613-2000 Fax: +1 212-290-2018
wdeni@gibbonslaw.com

June 10, 2025

**VIA CM/ECF**
The Honorable Dale E. Ho, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

**Re: Strome Mezzanine Fund II, LP v. Rachel Alexandra Scheer, et al.**
**Civil Action No. 24-07826 (DEH) (OTW)**

Dear Judge Ho:

This firm represents Plaintiff Strome Mezzanine Fund II, L.P., in the above-captioned action, and we write jointly with consent of counsel for Defendants Rachel Alexandra Scheer and the Scheer Heart Foundation, Inc., to respectfully request that the June 11, 2025 deadline for an application to reopen the action and for submission of the settlement agreement for endorsement by the Court be extended until and through June 25, 2025. This is the parties' second request for an extension as the parties previously requested an extension from May 28, 2025 to June 11, 2025, which Your Honor granted.

The parties are in the final steps of finalizing the settlement agreement's language, and they hope to have a final version ready for signature within the next several days. The parties believe this brief two-week extension would allow adequate time for the settlement to be finalized, executed, and submitted to Your Honor for endorsement so that the Court will retain jurisdiction to enforce the settlement, to enter a consent judgment, and to permit writs and processes if there were a default.

Of course, if the Court has any questions or concerns, please do not hesitate to contact us. We thank Your Honor for your attention to this matter.

Respectfully submitted,

*s/William P. Deni, Jr.*

William P. Deni, Jr.