**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STROME MEZZANINE FUND II, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>RACHEL ALEXANDRA SCHEER and SCHEER HEART FOUNDATION, INC.,<br><br>Defendants. | Case No. 24-07826 (DEH) (OTW)<br><br>**NOTICE OF APPEARANCE FOR JUSTIN MECKLER SILVERBERG, ESQ.** |

PLEASE TAKE NOTICE that the undersigned is permitted to practice in the Southern District of New York and is in good standing, and hereby appears on behalf of Plaintiff Strome Mezzanine Fund II, L.P., in the above-entitled action. The undersigned requests electronic notification of all papers filed with the Court by notice upon the following email address: jsilverberg@gibbonslaw.com.

Dated: Newark, New Jersey
June 11, 2025

*s/ Justin Meckler Silverberg*
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone 862-447-0713
jsilverberg@gibbonslaw.com