**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STROME MEZZANINE FUND II, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>RACHEL ALEXANDRA SCHEER and SCHEER HEART FOUNDATION, INC.,<br><br>Defendants. | Case No. 24-07826 (DEH) (OTW) |

**STIPULATION OF SETTLEMENT**

**IT IS HEREBY STIPULADTED AND AGREED** by and between the parties and their respective counsel, that:

1. The parties have reached a settlement agreement (annexed hereto as Exhibit A) and now desire to resolve the remaining issues raised in this litigation, without further proceedings;
2. Defendants shall tender all payments to Plaintiff in accordance with the schedule set forth in the Settlement Agreement;
3. The above-captioned action and all causes of action asserted therein are hereby dismissed; and
4. The Court shall retain jurisdiction to enforce the Settlement Agreement, to enter the Judgment by Consent, and to permits writs and processes in the event of default.

**AGREED, CONSENTED TO, AND ENTRY REQUESTED:**

**GIBBONS P.C.**
*Attorneys for Plaintiff*
*Strome Mezzanine Fund II, L.P.*

By:____________________________
William P. Deni, Jr.
One Pennsylvania Plaza,
Floor 45, Suite 4515
New York, New York 10119
T: (212) 613-2000
F: (212) 290-2018
E: wdeni@gibbonslaw.com

Dated: June 25, 2025

**IZOWER LEFTON, LLP**
*Attorneys for Defendants Rachel Alexandra Scheer and Scheer Heart Foundation, Inc.*

By: Rachel Izower
Rachel Izower
1325 Franklin Avenue,
Suite 255
Garden City, New York 11530
T: (516) 231-2260
F: (646) 304-7071
E: rizower@izowerlefton.com

Dated: 6/25/2025

**IT IS SO ORDERED:**

Date: June 26, 2025
New York, New York

____________________________
Honorable Dale E. Ho
United States District Judge