GIBBONS

William P. Deni, Jr.
Director

Gibbons P.C.
One Pennsylvania Plaza
45th Floor, Suite 4515
New York, NY 10119
Direct: 212-613-2000 Fax: +1 212-290-2018
wdeni@gibbonslaw.com

November 3, 2025

**VIA CM/ECF**
The Honorable Dale E. Ho, U.S.D.J.
U.S. District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

**Re: Strome Mezzanine Fund II, LP v. Rachel Alexandra Scheer, et al.**
**Civil Action No. 24-07826 (DEH) (OTW)**

Dear Judge Ho:

Plaintiff Strome Mezzanine Fund II, L.P., submits this Letter Motion for entry of the enclosed Judgement By Consent ("Consent Judgment") pursuant to the terms of the parties' settlement agreement and Stipulation of Settlement entered on June 26, 2025 (ECF 64).

Defendants have defaulted and have not exercised their Right to Cure under the settlement agreement. Therefore, Plaintiff respectfully requests execution of the enclosed Consent Judgment.

We thank Your Honor for your attention to this matter.

Respectfully submitted,

*s/William P. Deni, Jr.*

William P. Deni, Jr.

Enclosure