**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STROME MEZZANINE FUND II, L.P.,

Plaintiff,

v.

RACHEL ALEXANDRA SCHEER and SCHEER HEART FOUNDATION, INC.,

Defendants.

Civil Action No. 24-07826 (DEH) (OTW)

**JUDGMENT BY CONSENT**

Plaintiff Strome Mezzanine Fund II, L.P. ("Plaintiff"), on the one hand, and Defendants Rachel Alexandra Scheer and the Scheer Heart Foundation, Inc. ("Defendants"), on the other hand, have stipulated and agreed that all matters of act and things in controversy between them have been fully and finally compromised and settled in the parties' Settlement Agreement (the "Agreement").

**IT IS THEREFORE ORDERED** that, pursuant to such Agreement, Defendants are jointly and severally liable to Plaintiff for the judgment amount of $1,332,769.16. This judgment amount consists of $1,000,000.00 in principal, plus $100,000.00 in attorneys' fees and costs, plus $232,769.16 in interest (calculated at 12% interest from November 20, 2023, until the October 28, 2025 date of default, meaning 709 days, at the rate of $328.77 per day) less the settlement amounts of $ 0 paid under the Agreement prior to the filing of this Judgment.

**IT IS FURTHER ORDERED** that, pursuant to such Agreement, default interest shall accrue at the rate of 18% per annum from the date of default until the Judgment is satisfied.

**IT IS FURTHER ORDERED** that all costs of court are taxed against Defendants and in favor of Plaintiff.

**IT IS FURTHER ORDERED** that Plaintiff is allowed such writs and processes and other devices as may be necessary in the collection or enforcement of this Judgment.

**IT IS SO ORDERED:**

Date:

________________________
Honorable

**AGREED, CONSENTED TO, AND ENTRY REQUESTED:**

**GIBBONS P.C.**
*Attorneys for Plaintiff*
*Strome Mezzanine Fund II, L.P.*

By: __________________
William P. Deni, Jr.
One Pennsylvania Plaza,
Floor 45, Suite 4515
New York, New York 10119
T: (212) 613-2000
F: (212) 290-2018
E: wdeni@gibbonslaw.com

**Dated:** June 25, 2025

**IZOWER LEFTON, LLP**
*Attorneys for Defendants Rachel Alexandra Scheer and Scheer Heart Foundation, Inc.*

By: __________________
Rachel Izower
1325 Franklin Avenue,
Suite 255
Garden City, New York 11530
T: (516) 231-2260
F: (646) 304-7071
E: rizower@izowerlefton.com

**Dated:** 6/25/2025