UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STROME MEZZANINE FUND II, L.P.,

        Plaintiff,

v.

RACHEL ALEXANDRA SCHEER and
SCHEER HEART FOUNDATION, INC.,

        Defendants.

Civil Action No. 24-07826 (DEH) (OTW)

**JUDGMENT BY CONSENT**

---

Plaintiff Strome Mezzanine Fund II, L.P. ("Plaintiff"), on the one hand, and Defendants Rachel Alexandra Scheer and the Scheer Heart Foundation, Inc. ("Defendants"), on the other hand, have stipulated and agreed that all matters of act and things in controversy between them have been fully and finally compromised and settled in the parties' Settlement Agreement (the "Agreement").

    **IT IS THEREFORE ORDERED** that, pursuant to such Agreement, Defendants are jointly and severally liable to Plaintiff for the judgment amount of $ [1,333,097.93] [handwritten: 1,332,₇₃₁.₁₆]. This judgment amount consists of $1,000,000.00 in principal, plus $100,000.00 in attorneys' fees and costs, plus $ [233,097.93] [handwritten: 232,₇₃₁.₁₆] in interest (calculated at 12% interest from November 20, 2023, until the [handwritten: October 28, 2025] date of default, meaning [handwritten: 709] days, at the rate of $328.77 per day) less the settlement amounts of $ [handwritten: 0] paid under the Agreement prior to the filing of this Judgment.

    **IT IS FURTHER ORDERED** that, pursuant to such Agreement, default interest shall accrue at the rate of 18% per annum from the date of default until the Judgment is satisfied.

    **IT IS FURTHER ORDERED** that all costs of court are taxed against Defendants and in favor of Plaintiff.

IT IS FURTHER ORDERED that Plaintiff is allowed such writs and processes and other devices as may be necessary in the collection or enforcement of this Judgment.

IT IS SO ORDERED:

Date: **November 4, 2025**
**New York, New York**

Honorable **Dale E. Ho**
**United States District Judge**

AGREED, CONSENTED TO, AND ENTRY REQUESTED:

GIBBONS P.C.
*Attorneys for Plaintiff*
*Strome Mezzanine Fund II, L.P.*

By: _____

William P. Deni, Jr.
One Pennsylvania Plaza,
Floor 45, Suite 4515
New York, New York 10119
T: (212) 613-2000
F: (212) 290-2018
E: wdeni@gibbonslaw.com

Dated: June 25, 2025

IZOWER LEFTON, LLP
*Attorneys for Defendants Rachel Alexandra Scheer and Scheer Heart Foundation, Inc.*

By: _____
Rachel Izower
1325 Franklin Avenue,
Suite 255
Garden City, New York 11530
T: (516) 231-2260
F: (646) 304-7071
E: rizower@izowerlefton.com

Dated: 6/25/2025