U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Strome Mezzanine Fund II, L.P. | 24-07826 (DEH) (OTW) |
| DEFENDANT | TYPE OF PROCESS |
| Rachel Alexandra Scheer and Scheer Heart Foundation Fund | Writ of Execution |

U.S. DISTRICT COURT S.D. OF N.Y. FILED 2026 FEB 27 PM 3:05

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Bank of America
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 95 Wall Street, New York NY 10005

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| William P. Deni<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:
Bank of America
95 Wall Street,
New York, NY 10005
Account Holder: Rachel Scheer
Account Number: 483081883986

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF ☐ DEFENDANT | (973) 596-4853 | 12/12/2025 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 054 | No. 054 | [signature] | 12/19/25 |

I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time |
|---|---|---|
| Natina Mufit | 12/29/25 | 3:01 ☐ am ☑ pm |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | |
| | [signature] | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Hour - 1 x $65 = $65
Miles - 2 x $.725 = $1.45
$66.45

U.S. MARSHALS SERVICE SOUTHERN NEW YORK
RECEIVED DEC 19 '25

I hereby certify & return that I have not received any funds for case number 24cv7826.

Judgment: Unsatisfied
New York, NY

Ricky Patel
Acting United States Marshal

Dated: 2/27/2026

By: Kristen Hutchinson
Civil Process Specialist