UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Strome Mezzanine Fund II, L.P.,

Plaintiff(s),

v.

Scheer et al.,

Defendant(s).

24-CV-7826 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court previously entered judgment by consent in this matter. *See* ECF No. 66. Accordingly, the Clerk of Court is respectfully directed to terminate ECF No. 65 and to close this case.

SO ORDERED.

Dated: August 3, 2026
New York, New York

DALE E. HO
United States District Judge